**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

PHYLLIS D. RACY                                                                                    PLAINTIFF

v.                                              NO. 5:15CV00292 JLH

DEPARTMENT OF AGRICULTURE                                                         DEFENDANT

## ORDER

On November 12, 2015, the Court directed Phyllis D. Racy to file an amended complaint with the required attachments within 30 days. Racy has not filed an amended complaint, nor has she otherwise responded to the Order. Local Rule 5.5(c)(2) provides that if any communication from the Court to a *pro se* plaintiff is not responded to within 30 days, the case may be dismissed without prejudice. Pursuant to that rule, this action is dismissed without prejudice.

IT IS SO ORDERED this 15th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE