# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

PHYLLIS D. RACY                                                                  PLAINTIFF

v.                              NO. 5:15CV00292 JLH

DEPARTMENT OF AGRICULTURE                            DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 15th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE